

In The

Court of Appeals

Seventh District of Texas at Amarillo

No. 07-23-00219-CV

IN THE INTEREST OF S.C.S., A CHILD

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2008-544,627, Honorable Les Hatch, Presiding

August 18, 2023

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, C.S,[1] appeals from the trial court's *Order in Suit to Modify Parent-Child Relationship*. Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning

---

[1] To protect the privacy of the parties involved, we refer to them by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d).

the payment of costs, costs will be taxed against Appellant.  *See* TEX. R. APP. P. 42.1(d).

No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam